# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| **Mark McGriff, Board of Trustees Chairman, and Doug Curts, Board of Trustees Secretary, on behalf of INDIANA CARPENTERS PENSION FUND, et al.,** | ) ) ) ) |
| **Plaintiffs,** | ) ) |
| vs. | ) Case No. 1:18-cv-01974-WTL-MPB ) ) |
| **WEDDLE BROS. CONSTRUCTION CO., INC. and LEE E. CARMICHAEL,** | ) ) ) |
| **Defendants.** | ) |

## PLAINTIFFS' FRCP, RULE 41(a)(1)(i), NOTICE OF DISMISSAL

Plaintiffs **Mark McGriff, Board of Trustees Chairman, and Doug Curts, Board of Trustees Secretary, on behalf of INDIANA CARPENTERS PENSION FUND, et al.**, by their attorneys, **PAUL T. BERKOWITZ & ASSOCIATES, LTD**., move pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(i), to voluntarily dismiss without prejudice this action against Defendants **WEDDLE BROS. CONSTRUCTION CO., INC.** and **LEE E. CARMICHAEL** without prejudice.

In the interest of the parties and this Court, Plaintiffs hereby file this FRCP, Rule 41(a)(1)(i), Notice of Dismissal without prejudice.

For the above stated reasons, Plaintiffs' FRCP, Rule 41(a)(1)(i), Notice of Dismissal should be granted.

Respectfully submitted,

**PAUL T. BERKOWITZ & ASSOCIATES, LTD.**


By         /s/ Paul T. Berkowitz
            **PLAINTIFFS' ATTORNEYS**

PAUL T. BERKOWITZ
& ASSOCIATES, LTD.
Suite 600
123 West Madison Street
Chicago, Illinois 60602
(312) 419-0001
(312) 419-0002 FAX
Attorney ID# 19025-49
paul@ptblaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 24, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Adriana.figueroa@faegrebd.com

Philip.gutwein@faegrebd.com

I hereby certify that on August 24, 2018, I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

None

/s/ Paul T. Berkowitz

PAUL T. BERKOWITZ
& ASSOCIATES, LTD.
Suite 600
123 West Madison Street
Chicago, Illinois  60602
(312) 419-0001
(312) 419-0002 FAX
Attorney ID# 19025-49
paul@ptblaw.com