IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Mark McGriff, Board of Trustees Chairman, and Doug Curts, Board of Trustees Secretary, on behalf of INDIANA CARPENTERS PENSION FUND, et al., | ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Case No. 1:18-cv-01974-WTL-MPB ) |
| WEDDLE BROS. CONSTRUCTION CO., INC. and LEE E. CARMICHAEL, | ) ) ) ) |
| Defendants. | ) |

Acknowledged on 8/27/2018.
s/William T. Lawrence, Judge
Notice via ECF

**PLAINTIFFS' FRCP, RULE 41(a)(1)(i), NOTICE OF DISMISSAL**

Plaintiffs **Mark McGriff, Board of Trustees Chairman, and Doug Curts, Board of Trustees Secretary, on behalf of INDIANA CARPENTERS PENSION FUND, et al.**, by their attorneys, **PAUL T. BERKOWITZ & ASSOCIATES, LTD**., move pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(i), to voluntarily dismiss without prejudice this action against Defendants **WEDDLE BROS. CONSTRUCTION CO., INC.** and **LEE E. CARMICHAEL** without prejudice.

In the interest of the parties and this Court, Plaintiffs hereby file this FRCP, Rule 41(a)(1)(i), Notice of Dismissal without prejudice.

For the above stated reasons, Plaintiffs' FRCP, Rule 41(a)(1)(i), Notice of Dismissal should be granted.